

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN E. SMITH
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1106
stevsmit@law.nyc.gov

September 17, 2024

**VIA ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

*The conference is rescheduled to 10:00 a.m. on September 19.*
*Denise Cote*
*9/17/24*

Re:   *Adams v. New York County District Attorney's Office et al.*
      1:23-cv-10574 (DLC)

Dear District Judge Cote:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, representing Defendants New York County District Attorney's Office and City of New York in the above-referenced action. I write to respectfully ask the Court to reschedule the Initial Pre-Trial Conference in this matter, currently set for Thursday, September 19, 2024 at 11:00 a.m., to 10:00 a.m. or 10:30 a.m. on the same day. Alternatively, if the Court is unable to move the time at which the conference will take place, Defendants respectfully request that the conference be held remotely via video conference or phone. Plaintiff consents to this request.

      This is the first such request by Defendants. This schedule change is requested because Hon. J. Machelle Sweeting, of the Supreme Court, New York County, yesterday scheduled the undersigned to appear remotely for oral argument on Thursday, September 19, 2024 at 12:00 p.m. noon, in two related cases: *Outlaw v. N.Y.C. Health & Hosps. Corp. et al.*, Index Nos. 160027/2022 and 155670/2023.

- 2 -

I thank the Court for its consideration and attention to this matter and apologize for the inconvenience.

Respectfully submitted,

Steven E. Smith
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)