UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEERESHA ADAMS,

                     **Plaintiff,**                              **23-CV-10574 (DLC)**

            -against-                                 **ORDER**

**NEW YORK COUNTY DISTRICT ATTORNEY'S
OFFICE., et al,**

                     **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Thursday, October 3, 2024, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

          **SO ORDERED.**

DATED:    New York, New York
               September 23, 2024

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge