UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**NEERESHA ADAMS,**

                **Plaintiff,**                  **23-CV-10574 (DLC)**

        -against-                  **ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**NEW YORK COUNTY DISTRICT
ATTORNEY'S OFFICE, et al,**

                **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is hereby scheduled for **Monday, January 27, 2025 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **January 20, 2025.**

        SO ORDERED.

DATED:    New York, New York
               October 23, 2024

                                                                               VALERIE FIGUEREDO
                                                                               United States Magistrate Judge