```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv10574 (DLC)
NEERESHA ADAMS,                           :
                                          :         ORDER
                            Plaintiff,    :
                                          :
              -v-                         :
                                          :
NEW YORK COUNTY DISTRICT ATTORNEY'S       :
OFFICE, et al.,                           :
                                          :
                            Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the conference held on March 13, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The plaintiff shall respond to the defendants' document demands by **March 21, 2025.**

2. The plaintiff shall be deposed during the week of **March 24, 2025.**

3. The plaintiff may take one deposition during the week of **March 24, 2025.**

4. The plaintiff has forfeited the right to serve an expert report.

5. This case will be referred to mediation to occur during the week of **March 31, 2025.** The parties shall by **March 15** contact the Mediation Office to schedule a mediation session.

6. The following motion will be served by the dates indicated below.

    Summary Judgment:

        -    Motion served by **April 25, 2025**

- Opposition served by **May 16, 2025**
- Reply served by **May 30, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by **April 25, 2025**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

    SO ORDERED:

Dated:  New York, New York
        March 13, 2025

_____
DENISE COTE
United States District Judge

2