

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEVEN E. SMITH**<br>*Assistant Corporation Counsel*<br>Labor & Employment Division<br>(212) 356-1106<br>stevsmit@law.nyc.gov |

March 10, 2025

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *Adams v. New York County District Attorney's Office et al.*
              1:23-cv-10574 (DLC)

Dear Magistrate Judge Figueredo:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendants New York County District Attorney's Office and City of New York in the above-referenced action. I write to respectfully ask the Court to reschedule the settlement conference currently set for March 20, 2025 at 9:30 a.m. (ECF No. 39) to a date and time in late April or early May 2025. Along with this motion, Defendants are filing a motion addressed to District Judge Cote requesting an extension of fact and expert discovery to April 28, 2025.

      This is the second request by Defendants to adjourn the settlement conference; the parties previously requested an adjournment of the settlement conference. The adjournment of the conference is requested because the attorney who had been handling the case for Plaintiff, Alyssa Grzesh, is apparently no longer assigned to this case and may no longer be affiliated with Plaintiff's firm, Ballon Stoll, P.C. Ms. Grzesh first indicated that she was leaving Ballon Stoll, P.C. in or around February 11, 2025. Since then, Defendants have been attempting, without success, to identify Plaintiff's current counsel at that firm. According to the firm's partner, Marshall Bellovin, who filed the Complaint in this matter, his firm is "in the process" of reassigning the case to a new attorney. Moreover, the parties have exchanged paper discovery required by the Standing Order for Employment Cases under the Southern District of New York's Mediation Program, and though Defendants served their discovery demands nearly two months ago, Plaintiff has not yet responded to them. On January 17, 2025, Defendants served Plaintiff with a Notice of Deposition for January 29, 2025; the deposition did not go forward on January 29, and Defendants have been waiting for

Mr. Bellovin to provide the name of new counsel to agree to another date for her deposition since then. Furthermore, some electronic discovery remains outstanding, as well as Defendants' deposition of Plaintiff and Plaintiff's depositions of Katricia Cunningham, George Argyros, and Nitin Savur. Until Ballon Stoll, P.C. assigns new counsel to this matter Defendants cannot move forward to complete discovery. The requested extension would allow the parties to complete their exchange of documents and depositions. The requested adjournment would also allow the parties to participate in settlement discussions prior to the settlement conference, either to resolve the matter entirely or at least bring the parties closer together as the conference approaches.

        Accordingly, Defendants request that the settlement conference currently set for March 20, 2025 at 9:30 a.m. be adjourned. I thank the Court for its consideration and attention to this matter.

Respectfully submitted,

Steven E. Smith<br>
Assistant Corporation Counsel

cc:    All Counsel of Record (via ECF)

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 3/17/25

The request to adjourn the settlement conference is GRANTED.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 41.