# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

NEERESHA ADAMS,

                        Plaintiff,                      23 **CIVIL** 10574 (DLC)

        -against-                           **JUDGMENT**

NEW YORK COUNTY DISTRICT ATTORNEY'S
OFFICE, et al.

                        Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 23, 2026, Defendants' May 30, 2025 motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      January 27, 2026

                              **TAMMI M. HELLWIG**

                              _____

                                **Clerk of Court**

               **BY:**

                                **Deputy Clerk**